IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGARET SHELDON, | ) | 4:13CV3127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| VILLAGE OF HEMINGFORD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before me on the parties' stipulation for joint dismissal with prejudice.  (Filing No. 27.)  In their stipulation, the parties advise the court that they have settled their dispute and request the court to dismiss this action in its entirety, with prejudice, with each party to bear its own costs.  (*Id*.)  I accept the parties' stipulation.  Accordingly,

IT IS ORDERED:

1.      The parties' stipulation for joint dismissal with prejudice (filing no. 27) is granted.

2.      All claims that were brought or could have been brought are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

3.      A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 16ᵗʰ day of April, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.